UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                   No.  22-CR-171 (LTS)

ANTHONY CLARKE,                                                               ORDER

        Defendant.

-------------------------------------------------------x

The sentencing hearing in this case is scheduled to proceed on **May 13, 2022, at 2:00 p.m.** in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

SO ORDERED.

Dated: New York, New York                        /s/ Laura Taylor Swain
      May 9, 2022                                LAURA TAYLOR SWAIN
                                                        Chief United States District Judge