UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

    -v-                                                         No. 22 CR 171-LTS

ANTHONY CLARKE,

        Defendant.

-------------------------------------------------------x

## ORDER

ORDERED that pursuant to the sentence of time served imposed today, the Defendant is discharged from the custody of the U.S. Marshals Service.

SO ORDERED.

Dated: New York, New York
       May 13, 2022

                                                             LAURA TAYLOR SWAIN
                                                             Chief United States District Judge